E-FILED
Friday, 22 May, 2026  10:26:13 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

**Flowers v. Illinois State Board of Elections**
Case No. 26-CV-4062

### PLAINTIFF'S NOTICE REGARDING EFFECT OF LITIGATION DEMANDS ON SIGNATURE COLLECTION

Plaintiff submits this notice to clarify the practical impact that ongoing litigation has had on his ability to collect signatures during the 90-day circulation period.

As the Court has emphasized, the burden analysis under *Anderson–Burdick* requires consideration of the **"actual conditions under which signatures must be gathered"** and the **"practical ability of a candidate to comply with the statutory scheme."** Plaintiff therefore provides the following factual clarification.

Since the opening of the circulation window, Plaintiff has been required to devote substantial time to litigating this case, including preparing filings, reviewing the State's submissions, gathering factual materials, drafting declarations, and responding to the Court's directives. Because Plaintiff lacks party infrastructure, campaign staff, or distributed volunteer networks, these litigation tasks could not be delegated. The time required to prepare and respond to filings necessarily reduced the number of hours available for in-person signature collection.

This diversion of time was not voluntary; it was a direct consequence of the statutory scheme being challenged. The litigation burden, combined with the extreme signature requirement, the 90-day window, the multi-county travel demands, and hazardous weather conditions during the circulation period, materially reduced Plaintiff's total signature count. Plaintiff submits this notice to ensure the Court has a complete and accurate record of the real-world burdens imposed by the statutory requirements.

Respectfully submitted,

*Randy Flowers*

Randy Flowers,
Plaintiff, pro se

Date: *May 21, 2026*

**FILED**

MAY 2 1 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS