E-FILED
Wednesday, 27 May, 2026  11:42:23 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

RANDY FLOWERS, Plaintiff,

v. Case No. 26-cv-4062

**ILLINOIS STATE BOARD OF ELECTIONS, et al.,** Defendants.

## PROPOSED ORDER

This cause comes before the Court on Plaintiff's **Second Amended Complaint for Declaratory and Injunctive Relief**.

Having reviewed the pleadings and the record, and being fully advised in the premises, the Court hereby ORDERS as follows:

1. The Court **accepts the filing** of Plaintiff's Second Amended Complaint.
2. Defendants shall respond to the Second Amended Complaint within the time provided by the Federal Rules of Civil Procedure.
3. The Court will address Plaintiff's request for declaratory and injunctive relief upon full briefing or further order of the Court.

IT IS SO ORDERED.

Dated: _____, 2026

**Hon. Sara Darrow** Chief United States District Judge Central District of Illinois