E-FILED
Tuesday, 27 October, 2026 06:06:28 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| Randy Flowers, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 26-cv-04062 |
| | ) | |
| v. | ) | Judge Sara Darrow |
| | ) | Magistrate Judge Ronald L Hanna |
| Bernadette Matthews, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**DISCOVERY PLAN**

Plaintiff, proceeding *pro se*, and counsel for Defendants, the members of the Illinois State Board of Elections (the "Board") Laura K. Donahue, Rick S. Terven, Sr., Jennifer M. Ballard Croft, Cristina D. Cray, Tonya L. Genovese, Catherine S. McCrory, Jack Vrett, and Cassandra B. Watson, its Executive Director Bernadette Matthews, and its Assistant Executive Director Jeremy Kirk, each in their official capacity, having met on October 27, 2026, for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): November 17, 2026
2. Amendment of the pleadings: January 15, 2027
3. Joining additional parties: January 15, 2027
4. Close of fact discovery: April 27, 2027
5. Disclosure of Plaintiff's experts: April 27, 2027
6. Disclosure of Plaintiff's expert reports: April 27, 2027
7. Plaintiff's experts deposed by: May 27, 2027

8. Disclosure of Defendant's experts: June 25, 2027

9. Disclosure of Defendant's expert reports: June 25, 2027

10. Defendant's experts deposed by: July 23, 2027

11. Completion of all discovery: July 23, 2027

12. Dispositive motions: September 6, 2027

Respectfully submitted,

*/s/ Randy Flowers*

Randy Flowers, *pro se*
2509 30th Street
Rock Island, IL 61201
(309) 428-9682
my4kidsdad@netzero.net

*Plaintiff*

*/s/ Lee Stark*

Lee Stark
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
115 South LaSalle Street
Chicago, Illinois 60603
224-278-8343
lee.stark@ilag.gov

*Counsel for Defendants*